IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ERIC ARRANA-GARCIA,     )
                        )
    Petitioner,         )
                        )
v.                      )   CASE NO. CV416-120
                        )            CR413-161
UNITED STATES OF AMERICA,)
                        )
    Respondent.         )
                        )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 5), to which an objection has been filed (Doc. 7). After a careful de novo review of the record, the Court finds Petitioner's objections to be without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Petitioner's 28 U.S.C. § 2255 motion is **DENIED**. In addition, Petitioner is not entitled to a Certificate of Appealability, rendering moot any request for in forma pauperis status on appeal. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 8th day of September 2016.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA