AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

Eric Arrana-Garcia

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV416-120

United States Of America

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated September 8, 2016, adopting the Report and Recommendation of the Magistrate Judge as the opinion of this Court; denying petitioner's 2255 motion. This action stands closed.

September 9, 2016
Date

Scott L. Poff
Clerk

(By) Deputy Clerk